## (December 12, 1968)

■ In the Matter of CITY COUNCIL OF THE CITY OF SARATOGA SPRINGS, Petitioner, v. TOWN BOARD OF THE TOWN OF GREENFIELD, Respondent.— Motion to transfer and consolidate article 78 proceeding pending in Supreme Court, Schenectady County, with special proceeding commenced pursuant to subdivision 1 of section 712 of the General Municipal Law, denied, without costs; and special proceeding adjourned pending determination of article 78 proceeding at Special Term. It is suggested that the parties promptly apply for a preference in the hearing and determination of the latter proceeding. Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur.